UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................x
THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                Plaintiffs,            22 Civ. 10299 (GHW)

    v.                                  NOTICE OF APPEARANCE
                                             AND REQUEST FOR
UNITED STATES DEPARTMENT OF        ELECTRONIC NOTIFICATION
DEFENSE,

                Defendant.
...............................................................x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance as counsel for defendant United States Department of Defense, and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:  New York, New York
           January 17, 2023

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney for the
                                                Southern District of New York
                                                *Attorney for Defendant*

                            By:    /s/ Sarah S. Normand
                                    SARAH S. NORMAND
                                    Assistant United States Attorney
                                    86 Chambers Street, Third Floor
                                    New York, New York 10007
                                    Telephone: 212.637.2709
                                    Fax: 212.637.2730
                                    E-mail: sarah.normand@usdoj.gov