UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEW YORK TIMES COMPANY et al.,

                              Plaintiffs,

          -against-

U.S. DEPARTMENT OF DEFENSE,

                              Defendant.
-------------------------------------------------------------------X

22-cv-10299 (GHW) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A status conference in this action is hereby scheduled for **Tuesday, March 14, 2023 at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      SO ORDERED.

DATED:    New York, New York
               January 26, 2023

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge