

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 7, 2023

> Application Granted
>
> *[signature]*
>
> Valerie Figueredo, U.S.M.J.
> DATED: 03/09/2023
> The parties' proposed schedule is approved. The Initial Case
> Management Conference scheduled for March 14, 2023 is
> cancelled. As the parties proposed, the parties will submit a
> status report to the Court by April 14, 2023.

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:    *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

We write respectfully on behalf of all parties in the above-captioned action brought under the Freedom of Information Act ("FOIA") to advise the Court of the status of the parties' discussions regarding a proposed schedule for further proceedings in this matter, in advance of the telephonic status conference presently scheduled for March 14, 2023, at 2 p.m. The parties respectfully submit that if the Court is amenable to the proposed schedule set forth in this letter, the conference scheduled for March 14 may not be necessary.

This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times") to the Department of Defense ("DoD") or its component, the United States Special Operations Command ("SOCOM").

**The SOCOM FOIA Request**

The FOIA request to SOCOM seeks (1) policy guidance governing the use of authority under 10 U.S.C. § 127e, 10 U.S.C. § 333, and the National Defense Authorization Act of 2018, and (2) reports periodically provided to Congress, and slide decks from briefings to Congress, since January 1, 2018, concerning the use of authority under the same three statutes. SOCOM has completed its search for records responsive to this request, and has identified 14 responsive records comprising approximately 450 pages.

Two of the 14 records, comprising approximately 200 pages, are unclassified and are currently being processed by SOCOM. SOCOM expects to be able to complete processing and release any non-exempt portions of these two unclassified records by March 31, 2023.

The remaining 12 responsive records are classified and implicate the equities of multiple components within SOCOM as well as other combatant commands. These records have been sent to the various interested components and combatant commands for consultation, and may require additional consultations with other DoD entities. SOCOM is not currently able to estimate how long it will take to complete all necessary consultations, consolidate and coordinate

the input that is received, and produce any non-exempt portions of the records.  Accordingly, the parties propose that DoD will file status reports every 30 days, starting on April 14, 2023 (two weeks after the first SOCOM production), to advise the Times and the Court of the status of SOCOM's processing of the remaining records.

**The FOIA Request to DoD**

The other FOIA request at issue in this case seeks two memoranda signed by President Biden in October 2022 and sent to DoD: (1) a national security memorandum outlining a strategy for combatting international terrorism, and (2) a presidential policy memorandum setting rules and procedures for counterterrorism direct action operations away from areas of active hostilities.  Because this FOIA request seeks presidential memoranda in which the National Security Council ("NSC") holds the principal equities, DoD must consult with NSC in order to respond to the FOIA request.  Consultations with NSC are active and ongoing, but DoD is not yet in a position to determine when they will be completed.  Accordingly, the parties propose that DoD will advise the Times and the Court of the status of its processing of this FOIA request in the status report to be filed on April 14, 2023.

If the Court is amenable to the schedule set forth above, the parties respectfully submit that the telephonic status conference currently scheduled for March 14, 2023, may not be necessary.  The parties are of course prepared to proceed with the conference if the Court prefers.

We thank the Court for its consideration of this submission.

Respectfully submitted,


BRIAN M. BOYNTON                              DAMIAN WILLIAMS
Principal Deputy Assistant Attorney General   United States Attorney for the
                                              Southern District of New York


By:   *Elizabeth J. Shapiro*            `By:    *Sarah S. Normand*
      ELIZABETH J. SHAPIRO                     SARAH S. NORMAND
      U.S. Department of Justice               Assistant U.S. Attorneys
      Federal Programs Branch                  86 Chambers Street, Third Floor
      P.O. Box 883                             New York, New York 10007
      Washington, D.C. 20044                   Telephone:  (212) 637-2709
      Telephone:  (202) 514-5302               Facsimile:  (212) 637-2730
      Facsimile:  (202) 616-8470               Sarah.Normand@usdoj.gov
      Elizabeth.Shapiro@usdoj.gov

                                               *Counsel for Defendant*

                                               *David McCraw*
                                               David McCraw
                                               Legal Department

Case 1:22-cv-10299-DGH-WF Document 176 Filed 03/09/23 Page 3 of 3
Case 1:22-cv-10299-DGH-WF Document 176 Filed 03/09/23 Page 3 of 3

Page 3

The New York Times Company
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 556-4031
Email: mccraw@nytimes.com

*Counsel for Plaintiffs*