

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 14, 2023

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

    We write respectfully on behalf of all parties to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times") to the Department of Defense ("DoD") or its component, the United States Special Operations Command ("SOCOM").

    **The FOIA Request to SOCOM**

    The FOIA request to SOCOM seeks (1) policy guidance governing the use of authority under 10 U.S.C. § 127e, 10 U.S.C. § 333, and the National Defense Authorization Act of 2018, and (2) reports periodically provided to Congress, and slide decks from briefings to Congress, since January 1, 2018, concerning the use of authority under the same three statutes. As previously reported to the Court, SOCOM has completed its search for records responsive to this request, and has identified 14 responsive records comprising approximately 450 pages.

    On April 12, 2023, SOCOM made an initial production of two unclassified records, comprising 202 pages, with limited redactions of information that DoD determined to be exempt from disclosure. The remaining twelve responsive records required consultations with five other combatant commands and six sub-component commands or theater special operations commands (TSOCs). To date, SOCOM has received replies from four of the combatant commands and four of the TSOCs, and is beginning to consolidate those responses. The remaining two TSOCs expect to complete their responses shortly. At present, SOCOM does not have an estimated completion date for the consultation pending with the remaining combatant command, but is attempting to obtain one.

    **The FOIA Request to DoD**

    The other FOIA request at issue in this case seeks two memoranda signed by President Biden in October 2022 and sent to DoD: (1) a national security memorandum outlining a strategy

for combatting international terrorism, and (2) a presidential policy memorandum setting rules and procedures for counterterrorism direct action operations away from areas of active hostilities.  This FOIA request seeks presidential memoranda implicating equities of numerous departments and agencies, as well as the National Security Council ("NSC").  Following consultations with other agencies and NSC,  DoD is prepared to disclose these documents with redactions.  This will, however, require additional time in which to complete the interagency consultation process regarding the specific redactions that are necessary.  DoD anticipates that review will be complete in 60 days.

As previously proposed and so-ordered by the Court (ECF No. 17), DoD will provide a further status report in thirty days, on or before May 15, 2023.

We thank the Court for its consideration of this submission.

Respectfully submitted,

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General

DAMIAN WILLIAMS  
United States Attorney for the Southern District of New York

By:  *Elizabeth J. Shapiro*  
ELIZABETH J. SHAPIRO  
U.S. Department of Justice  
Federal Programs Branch  
P.O. Box 883  
Washington, D.C. 20044  
Telephone:  (202) 514-5302  
Facsimile:  (202) 616-8470  
Elizabeth.Shapiro@usdoj.gov

`By:  *Sarah S. Normand*  
SARAH S. NORMAND  
Assistant U.S. Attorneys  
86 Chambers Street, Third Floor  
New York, New York 10007  
Telephone:  (212) 637-2709  
Facsimile:  (212) 637-2730  
Sarah.Normand@usdoj.gov

*Counsel for Defendant*