

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

May 15, 2023

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

      We write respectfully on behalf of all parties to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times") to the Department of Defense ("DoD") or its component, the United States Special Operations Command ("SOCOM").

      **The FOIA Request to SOCOM**

      The FOIA request to SOCOM seeks (1) policy guidance governing the use of authority under 10 U.S.C. § 127e, 10 U.S.C. § 333, and the National Defense Authorization Act of 2018, and (2) reports periodically provided to Congress, and slide decks from briefings to Congress, since January 1, 2018, concerning the use of authority under the same three statutes. As previously reported to the Court, SOCOM identified 14 records responsive to this request, comprising approximately 450 pages.

      On April 12, 2023, SOCOM made an initial production of two unclassified records, comprising 202 pages, with limited redactions of information that DoD determined to be exempt from disclosure. The remaining twelve responsive records required consultations with five other combatant commands and six sub-component commands or theater special operations commands (TSOCs). For two of the records (comprising 29 pages), the necessary consultations have been completed and SOCOM is conducting final review and processing. SOCOM expects to complete that process and produce the non-exempt portions of those records by June 16, 2023. The remaining ten records remain under review by one of the consulting combatant commands, United States Central Command ("CENTCOM"). This review is complicated by the fact that the records contain information at various levels of classification with associated handling controls, and thus require additional coordination to ensure that personnel have the necessary clearances to review them.

**The FOIA Request to DoD**

The other FOIA request at issue in this case seeks two memoranda signed by President Biden in October 2022 and sent to DoD: (1) a national security memorandum outlining a strategy for combatting international terrorism, and (2) a presidential policy memorandum setting rules and procedures for counterterrorism direct action operations away from areas of active hostilities. This FOIA request seeks presidential memoranda implicating equities of numerous departments and agencies, as well as the National Security Council ("NSC"). An interagency consultation process is currently underway to determine what information will need to be redacted from these memoranda based upon one or more FOIA exemptions. That process is still expected to be completed by mid-June, after which the redacted documents will be finalized and produced to Plaintiffs.

As previously proposed and so-ordered by the Court (ECF No. 17), DoD will provide a further status report in thirty days, on or before June 14, 2023.

We thank the Court for its consideration of this submission.

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York |
| By: _Elizabeth J. Shapiro_<br>ELIZABETH J. SHAPIRO<br>U.S. Department of Justice<br>Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone: (202) 514-5302<br>Facsimile: (202) 616-8470<br>Elizabeth.Shapiro@usdoj.gov | `By: _Sarah S. Normand_<br>SARAH S. NORMAND<br>Assistant U.S. Attorneys<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2709<br>Facsimile: (212) 637-2730<br>Sarah.Normand@usdoj.gov<br><br>*Counsel for Defendant* |