**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 14, 2023

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

    We write respectfully on behalf of all parties to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times") to the Department of Defense ("DoD") or its component, the United States Special Operations Command ("SOCOM").

    **The FOIA Request to SOCOM**

    The FOIA request to SOCOM seeks (1) policy guidance governing the use of authority under 10 U.S.C. § 127e, 10 U.S.C. § 333, and the National Defense Authorization Act of 2018, and (2) reports periodically provided to Congress, and slide decks from briefings to Congress, since January 1, 2018, concerning the use of authority under the same three statutes. As previously reported to the Court, SOCOM identified 14 records responsive to this request, comprising approximately 450 pages. Two of the 14 responsive records were unclassified; the remaining twelve were classified.

    SOCOM produced the two unclassified records (202 pages) on April 12 and produced an additional record (5 pages) today. SOCOM had planned to produce a second record (24 pages) this week; however, SOCOM has determined that the second record requires additional consultation with Special Operations Command Europe (SOCEUR). SOCOM has further determined that this record contains information that, although previously marked as unclassified, should be classified. Because this classification determination would be made after the filing of a FOIA request, it requires a special classification review under section 1.7(d) of Executive Order 13,526. SOCOM does not currently have a reliable estimate of the time necessary to complete the further consultation and classification review of this record, but anticipates being able to provide one in the next status report in July.

The remaining ten responsive records are still pending consultation with the United States Central Command ("CENTCOM"). CENTCOM advises that it expects to complete that consultation by August 15, 2023.

**The FOIA Request to DoD**

The other FOIA request at issue in this case seeks two memoranda signed by President Biden in October 2022 and sent to DoD: (1) a national security memorandum outlining a strategy for combatting international terrorism, and (2) a presidential policy memorandum setting rules and procedures for counterterrorism direct action operations away from areas of active hostilities. This FOIA request seeks presidential memoranda implicating equities of numerous departments and agencies, as well as the National Security Council ("NSC"). An interagency consultation process was undertaken to determine what information will need to be redacted from these memoranda based upon one or more FOIA exemptions, and that process is nearly complete. The redacted records are currently undergoing final review by classification authorities, and DoD anticipates producing them by June 30, 2023.

As previously proposed and so-ordered by the Court (ECF No. 17), DoD will provide a further status report in thirty days, on or before July 14, 2023.

We thank the Court for its consideration of this submission.

Respectfully submitted,

| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | DAMIAN WILLIAMS<br>United States Attorney for the<br>Southern District of New York |
| By: _Elizabeth J. Shapiro_<br>ELIZABETH J. SHAPIRO<br>U.S. Department of Justice<br>Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20044<br>Telephone: (202) 514-5302<br>Facsimile: (202) 616-8470<br>Elizabeth.Shapiro@usdoj.gov | `By: _Sarah S. Normand_<br>SARAH S. NORMAND<br>Assistant U.S. Attorneys<br>86 Chambers Street, Third Floor<br>New York, New York 10007<br>Telephone: (212) 637-2709<br>Facsimile: (212) 637-2730<br>Sarah.Normand@usdoj.gov<br><br>*Counsel for Defendant* |