

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

September 11, 2023

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Application Granted
>
> Valerie Figueredo, U.S.M.J.
> DATED: September 12, 2023
> The parties are directed to provide a joint status update by November 10, 2023. **SO ORDERED**.

Re:   *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

We write respectfully on behalf of all parties to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times") to the Department of Defense ("DoD") or its component, the United States Special Operations Command ("SOCOM").

**The FOIA Request to SOCOM**

The FOIA request to SOCOM seeks (1) policy guidance governing the use of authority under 10 U.S.C. § 127e, 10 U.S.C. § 333, and the National Defense Authorization Act of 2018, and (2) reports periodically provided to Congress, and slide decks from briefings to Congress, since January 1, 2018, concerning the use of authority under the same three statutes. As previously reported to the Court, SOCOM identified 14 records responsive to this request, comprising approximately 450 pages. To date, SOCOM has produced three of these records.

With regard to the remaining eleven records, ten remain pending consultation with the United States Central Command ("CENTCOM"). CENTCOM now expects to complete that consultation by the end of this month. Upon receipt of this final consultation, SOCOM will need to consolidate the results of all consultations, prepare a final redacted production set, and submit that package for final review and approval within SOCOM and the Office of Secretary of Defense ("OSD").

As explained in prior status reports, the final responsive record required reclassification through a special classification review process under section 1.7(d) of Executive Order 13,526. SOCOM has completed that reclassification process and is now processing the reclassified record for production under FOIA. SOCOM estimates that it will take a week to ten days to complete that process and obtain final approval of the production within SOCOM and OSD.

**The FOIA Request to DoD**

The other FOIA request at issue in this case seeks two memoranda signed by President Biden in October 2022 and sent to DoD: (1) a national security memorandum outlining a strategy for combatting international terrorism, and (2) a presidential policy memorandum setting rules and procedures for counterterrorism direct action operations away from areas of active hostilities. Following an extensive interagency consultation process, DoD produced redacted versions of these two records on June 30, 2023. The Times does not intend to challenge the redactions to these documents. Accordingly, this FOIA request, and this aspect of the case, is now concluded.

Defendants respectfully propose to submit a further status report within 60 days, or by November 10, 2023, at which time SOCOM hopes to be in a position to report that its response to the FOIA request is complete.

We thank the Court for its consideration of this submission.

Respectfully submitted,

BRIAN M. BOYNTON  
Principal Deputy Assistant Attorney General

DAMIAN WILLIAMS  
United States Attorney for the  
Southern District of New York

By: *Elizabeth J. Shapiro*  
ELIZABETH J. SHAPIRO  
U.S. Department of Justice  
Federal Programs Branch  
P.O. Box 883  
Washington, D.C. 20044  
Telephone: (202) 514-5302  
Facsimile: (202) 616-8470  
Elizabeth.Shapiro@usdoj.gov

By: *Sarah S. Normand*  
SARAH S. NORMAND  
Assistant U.S. Attorneys  
86 Chambers Street, Third Floor  
New York, New York 10007  
Telephone: (212) 637-2709  
Facsimile: (212) 637-2730  
Sarah.Normand@usdoj.gov

*Counsel for Defendant*