



*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 9, 2023

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

    I write respectfully on behalf of all parties to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times"), to the Department of Defense ("DoD") or its component, the United States Special Operations Command ("SOCOM"). As reported in the parties' last status letter, the FOIA requests to DoD have been resolved. This report addresses the status of the remaining request to SOCOM.

    The FOIA request to SOCOM seeks (1) policy guidance governing the use of authority under 10 U.S.C. § 127e, 10 U.S.C. § 333, and the National Defense Authorization Act of 2018, and (2) reports periodically provided to Congress, and slide decks from briefings to Congress, since January 1, 2018, concerning the use of authority under the same three statutes. SOCOM previously reported that it had identified fourteen records responsive to this request. However, SOCOM has since determined that eight of the records are not in fact responsive because they were not provided to Congress. DoD is in the process of consulting with other components to determine whether they have responsive records.

    With regard to the six responsive records, SOCOM has produced non-exempt portions of four records: two on April 12, one on June 16, and one on September 19. The last two records required consultation with multiple DoD components. That consultation has now been completed, and SOCOM expects to complete processing of the final two records, including all necessary review and approval within SOCOM and the Office of Secretary of Defense, by December 1, 2023. At that time, SOCOM's response to the FOIA request will be complete.

    The parties respectfully propose to submit a further status report within 60 days, or by January 9, 2024.

We thank the Court for its consideration of this submission.

                                               Respectfully submitted,

                                               DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:     _Sarah S. Normand_
        SARAH S. NORMAND
        Assistant U.S. Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2709
        Sarah.Normand@usdoj.gov

        *Counsel for Defendant*

SO ORDERED

/s/ Valerie Figueredo

VALERIE FIGUEREDO
United States Magistrate Judge

Dated: November 13, 2023

The parties are directed to file a status update by January 9, 2024.