

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 11, 2024

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: 3-13-2024
>
> The parties are directed to submit another status report by March 10, 2024.

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

    I write respectfully on behalf of the U.S. Department of Defense ("DoD") to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times"), to DoD and its component, the United States Special Operations Command ("SOCOM"). The FOIA requests to DoD have been resolved, and the FOIA request to SOCOM is nearly complete. As reported in the last status report, DoD is processing additional records responsive to the SOCOM request that were identified in a supplemental search. Although DoD had hoped to complete that processing by the end of February, the processing was delayed because the FOIA officer at one DoD component needed to obtain additional clearance to review the records. That component has now completed processing, and the records are being sent to SOCOM for review. SOCOM expects to complete that review within 30 days of receipt of the documents, after which the proposed response will be provided to the Office of Secretary of Defense ("OSD") for final review and approval. Once DoD's final response is made, the parties will meet and confer to determine whether any issues remain for litigation.

    DoD respectfully proposes to submit a further status report within 60 days, or by May 10, 2024.

Page 2

We thank the Court for its consideration of this submission.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:    *Sarah S. Normand*
        SARAH S. NORMAND
        Assistant U.S. Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2709
        Sarah.Normand@usdoj.gov

        *Counsel for Defendant*