

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 8, 2024

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

      I write respectfully on behalf of the U.S. Department of Defense ("DoD") to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times"), to DoD and its component, the United States Special Operations Command ("SOCOM"). The FOIA requests to DoD have been resolved, and the FOIA request to SOCOM is nearly complete. As previously reported to the Court, DoD has been processing additional records responsive to the SOCOM request that were identified in a supplemental search. Since the last status report, DoD received a partial response to its consultation request to SOCOM and made a supplemental production of 135 pages (with redactions) on May 23, 2024. SOCOM expects to complete its consultation on the remaining records shortly. This consultation has taken some additional time, as some of the remaining records implicate the same reclassification issue that was encountered previously with regard to another responsive record. *See* ECF Nos. 22, 25. Once SOCOM completes its consultation, DoD will issue a final response to this FOIA request within approximately 10 days.

      DoD respectfully proposes to submit a further status report within 60 days, or by September 6, 2024.

We thank the Court for its consideration of this submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   *Sarah S. Normand*
SARAH S. NORMAND
Assistant U.S. Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone:  (212) 637-2709
Sarah.Normand@usdoj.gov

*Counsel for Defendant*

---

**MEMO ENDORSED**

_____
HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
                DATED: July 10, 2024

The parties are directed to submit a status update by September 6, 2024.