

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 6, 2024

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

     Re:   *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

     I write respectfully on behalf of the U.S. Department of Defense ("DoD") to provide a status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times"), to DoD and its component, the United States Special Operations Command ("SOCOM"). The FOIA requests to DoD have been resolved, and the FOIA request to SOCOM is nearly complete. As previously reported to the Court, DoD has been processing additional records responsive to the SOCOM request that were identified in a supplemental search. Since the last status report, SOCOM has completed its consultation with regard to these additional records, and DoD received SOCOM's response on September 5. DoD is now in the process of preparing a production package for review and approval, and expects to make a final production in this case by the end of next week. Once the Times has reviewed the production, the parties will meet and confer to determine whether any issues remain for litigation.

     DoD respectfully proposes to submit a further status report on or before November 8, 2024.

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: 9-9-2024

The parties are directed to submit a joint status update on or before **Friday, November 8, 2024**.

We thank the Court for its consideration of this submission.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   *Sarah S. Normand*
SARAH S. NORMAND
Assistant U.S. Attorneys
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2709
Sarah.Normand@usdoj.gov

*Counsel for Defendant*