

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: 11/6/2024

The parties are directed to file a joint status update by **December 20, 2024**.

David E. McCraw
Senior Vice President
& Deputy General Counsel

T 212 556 4031
mccraw@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

November 5, 2024

**By ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   <u>New York Times Co. v. DOD</u>, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

I write respectfully on behalf of all parties to provide a joint status report in the above-captioned action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company, to the Department of Defense and one of its components, the United States Special Operations Command.

The agencies have now completed their production of documents, and the parties are in discussions to resolve some remaining questions about redactions with the hope of avoiding motion practice. Those discussions will take some additional time. We respectfully request that the Court set a deadline for the next joint status report for December 20, 2024.

1

We thank the Court for its consideration.

Respectfully submitted,

*David McCraw*

David E. McCraw