

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 20, 2024

**By ECF**
The Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *New York Times Co. v. DOD*, 22 Civ. 10299 (GHW) (VF)

Dear Judge Figueredo:

    The parties write respectfully to provide a status report in the above-named action brought under the Freedom of Information Act ("FOIA").  This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times"), to the U.S. Department of Defense ("DoD") and its component, the United States Special Operations Command ("SOCOM").  The FOIA requests to DoD have been resolved.

    With regard to the FOIA request to SOCOM, the parties have been meeting and conferring regarding the productions by DoD and SOCOM.  As a result of those discussions, DoD is conducting a limited supplemental search for additional potentially responsive records.  The parties also continue to meet and confer concerning certain redactions, in an effort to narrow or eliminate any issues requiring litigation.  To allow these discussions to continue, the parties respectfully propose to submit a further status report on or before February 18, 2025.

    We thank the Court for its consideration of this submission.

> **MEMO ENDORSED**
>
> *[signature]*
> **HON. VALERIE FIGUEREDO**
> **UNITED STATES MAGISTRATE JUDGE**
>
> **Dated:** 12/30/24
>
> The parties are directed to submit a joint status update by **February 18, 2025**.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney for the
Southern District of New York

By:  *Sarah S. Normand*
     SARAH S. NORMAND
     Assistant U.S. Attorneys
     86 Chambers Street, Third Floor
     New York, New York 10007

        Telephone:  (212) 637-2709
        Sarah.Normand@usdoj.gov

*Counsel for Defendant*


THE NEW YORK TIMES COMPANY

By:   */s/ David E. McCraw*
      David E. McCraw
      620 8th Avenue
      New York, NY 10018
      Telephone: (212) 556-4031
      mccraw@nytimes.com

*Counsel for Plaintiffs*