

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 19, 2025

<u>Via ECF</u>
Honorable Valerie Figueredo
United States Magistrate Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *New York Times Co. et al. v. DOD*, 22 Civ. 10299 (DEH) (VF)

Dear Judge Figueredo:

      The parties write respectfully to provide a status report in the above-referenced action brought under the Freedom of Information Act ("FOIA"). This action involves FOIA requests submitted by Charlie Savage, a reporter with The New York Times Company (collectively, the "Times"), to the U.S. Department of Defense ("DoD") and its component, the United States Special Operations Command ("SOCOM"). As noted in the parties' last status report, the FOIA requests to DoD have been resolved.

      With regard to the FOIA request to SOCOM: after the parties conferred about this request, DoD conducted limited supplemental searches for additional records responsive to one aspect of the request and located additional potentially responsive records. DoD expects to release some of those records, with appropriate withholdings pursuant to FOIA exemptions, on or before August 29, 2025. The remainder of the additional records DoD located have been sent for consultation to SOCOM, and DoD expects to respond as to those records shortly after those consultations are completed.

      The parties will continue to meet and confer in an effort to narrow or eliminate any issues requiring litigation. The parties respectfully propose to submit a further status report on or before October 20, 2025.

We thank the Court for its consideration of this submission.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

By:   /s/ Samuel Dolinger
       SAMUEL DOLINGER
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2677
       samuel.dolinger@usdoj.gov

       *Counsel for Defendant*


        THE NEW YORK TIMES COMPANY

By:   /s/ David E. McCraw
       David E. McCraw
       620 Eighth Avenue
       New York, New York 10018
       Telephone: (212) 556-4031
       mccraw@nytimes.com

       *Counsel for Plaintiffs*