UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW YORK TIMES COMPANY et al.,

                                                        22-cv-10299 (DEH) (VF)

                        Plaintiffs,

                                                      **ORDER**

            -against-

U.S. DEPARTMENT OF DEFENSE,

                        Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status update by **October 20, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               August 20, 2025

                                                          _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge