UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE,<br><br>                    Plaintiffs,<br><br>-v-<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>                    Defendant. | 22 Civ. 10299 (DEH) (VF)<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS Plaintiffs the New York Times Company and Charlie Savage ("Plaintiffs") filed this suit under the Freedom of Information Act ("FOIA") on or about December 6, 2022, in connection with three FOIA requests Plaintiffs submitted in July and October 2022 seeking records from Defendant U.S. Department of Defense ("DoD");

WHEREAS DoD has issued responses and produced records in response to Plaintiffs' requests; and

WHEREAS Plaintiffs have reviewed the records and responses DoD has provided and determined that they will not pursue further release of information or records in connection with the three FOIA requests at issue in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, as follows:

1.     The records and responses provided by DoD in response to Plaintiffs' FOIA requests at issue fully resolve any and all claims Plaintiffs now have or may hereafter acquire against United States of America (the "United States"), or any department, agency, officer, or employee of the United States, including DoD, related to or arising out of Plaintiffs' FOIA requests at issue in this action.

2. This action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

3. The parties understand and agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

4. Upon filing of this Stipulation on the docket in this action, the case will be closed, and all pending deadlines will be canceled.

**For Plaintiffs:**

Dated: September 16, 2025

THE NEW YORK TIMES
COMPANY

By: *David McCraw*
_____
DAVID McCRAW
The New York Times Company
620 8th Avenue
New York, New York 10018
Tel.: (212) 556-4031
mccraw@nytimes.com

**For DoD:**

Dated: September 17, 2025

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *Samuel Dolinger*
_____
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2677
samuel.dolinger@usdoj.gov