UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE NEW YORK TIMES COMPANY and CHARLIE SAVAGE,<br><br>                              Plaintiffs,<br><br>-v-<br><br>U.S. DEPARTMENT OF DEFENSE,<br><br>                              Defendant. | 22 Civ. 10299 (DEH) (VF)<br><br>**STIPULATION OF DISMISSAL** |

WHEREAS Plaintiffs the New York Times Company and Charlie Savage ("Plaintiffs") filed this suit under the Freedom of Information Act ("FOIA") on or about December 6, 2022, in connection with three FOIA requests Plaintiffs submitted in July and October 2022 seeking records from Defendant U.S. Department of Defense ("DoD");

WHEREAS DoD has issued responses and produced records in response to Plaintiffs' requests; and

WHEREAS Plaintiffs have reviewed the records and responses DoD has provided and determined that they will not pursue further release of information or records in connection with the three FOIA requests at issue in this action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, as follows:

1. The records and responses provided by DoD in response to Plaintiffs' FOIA requests at issue fully resolve any and all claims Plaintiffs now have or may hereafter acquire against United States of America (the "United States"), or any department, agency, officer, or employee of the United States, including DoD, related to or arising out of Plaintiffs' FOIA requests at issue in this action.

2. This action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

3. The parties understand and agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

4. Upon filing of this Stipulation on the docket in this action, the case will be closed, and all pending deadlines will be canceled.

| For Plaintiffs: | For DoD: |
|---|---|
| Dated: September 16, 2025 | Dated: September 17, 2025 |
| THE NEW YORK TIMES COMPANY | JAY CLAYTON<br>United States Attorney for the<br>Southern District of New York |
| By: *David McCraw*<br>DAVID McCRAW<br>The New York Times Company<br>620 8th Avenue<br>New York, New York 10018<br>Tel.: (212) 556-4031<br>mccraw@nytimes.com | By: *Samuel Dolinger*<br>SAMUEL DOLINGER<br>Assistant United States Attorney<br>86 Chambers Street, 3rd Floor<br>New York, New York 10007<br>Tel.: (212) 637-2677<br>samuel.dolinger@usdoj.gov |

SO ORDERED.

*Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: September 19, 2025
New York, New York

2